FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 3 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-cr-00137-KJD-GWF-1 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JAMELL DAVON GRAY, | ) | |
| Defendant. | ) | |

On October 30, 2018, the Court granted counsel's Sealed Ex Parte Motion for Hearing on Status of Counsel (ECF No. 26), as stated on the record. Accordingly,

**IT IS HEREBY ORDERED** that **Randall J. Roske** is appointed as counsel for Jamell Davon Gray in place of the Federal Public Defender's Office for all future proceedings.

The Federal Public Defender's Office shall forward the file to Mr. Roske forthwith.

DATED this 31st day of October 2018.
*Nunc pro tunc: October 30, 2018.*

GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE