UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00137-KJD-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JAMELL DAVON GRAY, | |
| Defendant. | |

Before the Court are Defendant's Motion for Permission to File Pro Se Motion (ECF No. 71) and Motion to Correct Error (ECF No. 72). Defendant is represented by counsel, ECF No. 10, and therefore may not file *pro se* motions under Local Rule IA 11-6(a). The Rule states that "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." LR IA 11-6(a); *United States v. Anderson*, Case No. 2:16-CR-0305-KJD-VCF, 2020 WL 2308087, at *1 (D. Nev. May 8, 2020) (denying Defendant's "fugitive filing" under the Local Rules). Defendant is advised that future filings must be made through his attorney.

IT IS HEREBY ORDERED that Defendant's Motion for Permission to File Pro Se Motion and Motion to Correct Error (ECF Nos. 71 and 72) are DENIED.

DATED THIS 15th day of February, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1